| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2022 to 03/13/2023
**Chapter 13 Case No. 23-11162 / MBK**

Ian P. Duffield  
Rosario Duffield

Petition Filed Date: 02/13/2023  
341 Hearing Date: 03/16/2023  
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 03/02/2023 | $1,640.00 | 90300430 | | | | | | |

**Total Receipts for the Period:  $1,640.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $1,640.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Ian P. Duffield | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Robert Cameron Legg, Esq. | Attorney Fees | $3,730.00 | $0.00 | $3,730.00 |
|   |   | No Disbursements: No Check |   |   |   |
| 1 | INTERNAL REVENUE SERVICE | Priority Crediors | $29,417.24 | $0.00 | $0.00 |
|   | »»  2019-2022 EST TAKES | Hold Funds: Estimated |   |   |   |
| 2 | QUANTUM3 GROUP LLC AS AGENT FOR | Unsecured Creditors | $3,104.10 | $0.00 | $0.00 |
|   | »»  SYNCHRONY BANK |   |   |   |   |
| 3 | JPMORGAN CHASE BANK, NA | Unsecured Creditors | $4,958.50 | $0.00 | $0.00 |
| 4 | MIDFIRST BANK | Mortgage Arrears | $61,602.93 | $0.00 | $0.00 |
|   | »»  P/3257 WINDSOR AVE/1ST MTG |   |   |   |   |

**Chapter 13 Case No. 23-11162 / MBK**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 3/13/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $1,640.00 | Percent to General Unsecured Creditors: | 100% |
| Paid to Claims: | $0.00 | Current Monthly Payment: | $1,640.00 |
| Paid to Trustee: | $118.08 | Arrearages: | $0.00 |
| Funds on Hand: | $1,521.92 | | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
Visit **www.TFSBillPay.com** for more information.

**View your case information online for** *FREE*! **Register today at www.ndc.org or scan this code to get started.**

