Certificate Number: 03621-NJ-DE-037401889

Bankruptcy Case Number: 23-11162



03621-NJ-DE-037401889

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 4, 2023, at 9:00 o'clock AM EDT, Rosario Duffield completed a course on personal financial management given by internet by Credit Card Management Services, Inc. d/b/a Debthelper.com, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date:   May 4, 2023                By:   /s/Lashonda Collins

                                   Name: Lashonda Collins

                                   Title: Credit Counselor