Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

> Case No.:  23−11162−MBK
> Chapter:  13
> Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Ian P. Duffield | Rosario Duffield |
| 3257 Windsor Avenue | 3257 Windsor Avenue |
| Toms River, NJ 08753 | Toms River, NJ 08753 |

Social Security No.:
   xxx−xx−0605                              xxx−xx−0659

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on July 27, 2023.


Dated: July 27, 2023
JAN: wiq

> Jeanne Naughton
> Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Ian P. Duffield  
Rosario Duffield  
    Debtors

Case No. 23-11162-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 3  
Date Rcvd: Jul 27, 2023      Form ID: plncf13      Total Noticed: 37

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 29, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Ian P. Duffield, Rosario Duffield, 3257 Windsor Avenue, Toms River, NJ 08753-4869 |
| 519835901 | + | Gem Recovery Systems, 1001 McBride Avenue, Little Falls, NJ 07424-2534 |
| 519835912 | + | State of New Jersey, Division of Taxation, PO Box 245, Trenton, NJ 08602-0245 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 27 2023 20:38:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 27 2023 20:38:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519835893 | | Email/Text: collectors@arresourcesinc.com | Jul 27 2023 20:38:00 | AR Resources, Inc., Attn: Bankruptcy, PO Box 1056, Blue Bell, PA 19422 |
| 519865485 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 27 2023 20:47:44 | Ally Bank, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 519835894 | + | Email/Text: caineweiner@ebn.phinsolutions.com | Jul 27 2023 20:38:00 | Caine & Weiner, Attn: Bankruptcy, 5805 Sepulveda Blvd, Van Nuys, CA 91411-2546 |
| 519835895 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 27 2023 20:58:31 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 519863823 | + | Email/PDF: ebn_ais@aisinfo.com | Jul 27 2023 20:47:41 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519835897 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 27 2023 20:38:00 | Comenity Bank/Ann Taylor Loft, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 519835898 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 27 2023 20:38:00 | Comenity Bank/Ulta, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 519835899 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 27 2023 20:38:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 519835900 | ^ | MEBN | Jul 27 2023 20:37:11 | Credit Corp Soultions, c/o Tromberg, Morris & Poulin, PLLC, 39 Broadway, Suite 1250, New York, NY 10006-3089 |
| 519835902 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 27 2023 20:38:00 | Internal Service Revenue, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519835896 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 27 2023 20:47:39 | Chase Card Services, Attn: Bankruptcy, PO Box 15298, Wilmington, DE 19850 |
| 519853038 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | | |

| | | | |
|---|---|---|---|
| | | Jul 27 2023 20:37:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 519885176 | Email/PDF: resurgentbknotifications@resurgent.com | Jul 27 2023 20:47:22 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519835907 | Email/Text: EBN@Mohela.com | Jul 27 2023 20:37:00 | MOHELA, 633 Spirit Drive, Chesterfield, MO 63005 |
| 519835906 | Email/Text: EBN@Mohela.com | Jul 27 2023 20:37:00 | MOHELA, Attn: Bankruptcy, 633 Spirit Drive, Chesterfield, MO 63005 |
| 519858011 | + Email/PDF: ais.midfirst.ebn@aisinfo.com | Jul 27 2023 20:58:25 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 519870074 | + Email/Text: bankruptcydpt@mcmcg.com | Jul 27 2023 20:38:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 519835904 | + Email/PDF: ais.midfirst.ebn@aisinfo.com | Jul 27 2023 20:47:20 | Midland Mortgage Co, Pob 268959, Oklahoma City, OK 73126-8959 |
| 519835905 | ^ MEBN | Jul 27 2023 20:37:13 | Midland Mortgage Co, c/o KML Law Group, PC, 701 Market Street, Suite 50000, Philadelphia, PA 19106-1538 |
| 519835903 | + Email/PDF: ais.midfirst.ebn@aisinfo.com | Jul 27 2023 20:47:41 | Midland Mortgage Co, Attn: Customer Service/Bankruptcy, Po Box 26648, Oklahoma City, OK 73126-0648 |
| 519880447 | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Jul 27 2023 20:37:00 | New Jersey Turnpike Authority, 1 Turnpike Plaza, P.O. Box 5042, Woodbridge, NJ 07095 |
| 519835908 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 27 2023 20:47:16 | Ollo/Ally, PO Box 9222, Old Bethpage, NY 11804-9222 |
| 519835910 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 27 2023 20:47:51 | Portfolio Recovery Associates, LLC, 120 Corporate Blvd Ste 100, Norfolk, VA 23502 |
| 519835909 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 27 2023 20:58:24 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 519880278 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 27 2023 20:58:31 | Portfolio Recovery Associates, LLC, c/o SYNCHRONY BANK, POB 41067, Norfolk, VA 23541 |
| 519890384 | Email/Text: bnc-quantum@quantum3group.com | Jul 27 2023 20:38:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 519847205 | Email/Text: bnc-quantum@quantum3group.com | Jul 27 2023 20:38:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 519890383 | Email/Text: bnc-quantum@quantum3group.com | Jul 27 2023 20:38:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 519836580 | + Email/PDF: gecsedi@recoverycorp.com | Jul 27 2023 20:47:31 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519835913 | + Email/PDF: gecsedi@recoverycorp.com | Jul 27 2023 20:47:16 | Synchrony Bank/Old Navy, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 519835914 | + Email/PDF: gecsedi@recoverycorp.com | Jul 27 2023 20:47:16 | Synchrony Bank/TJ Max, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 519890834 | + Email/PDF: ebn_ais@aisinfo.com | Jul 27 2023 20:47:41 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 34

# BYPASSED RECIPIENTS

Case 23-11162-MBK    Doc 23    Filed 07/29/23    Entered 07/30/23 00:16:52    Desc Imaged
Certificate of Notice    Page 4 of 4

| District/off: 0312-3 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jul 27, 2023 | Form ID: plncf13 | Total Noticed: 37 |

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519835911 | | Sallie Mae, Inc., Attn: Bankruptcy, PO Box 9500, PA 18770 |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 29, 2023           Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 27, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Robert Cameron Legg | on behalf of Joint Debtor Rosario Duffield courtdocs@oliverandlegg.com;legg.r.c.r59915@notify.bestcase.com |
| Robert Cameron Legg | on behalf of Debtor Ian P. Duffield courtdocs@oliverandlegg.com;legg.r.c.r59915@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5