| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ 08650-4853 | Memphis, TN 38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2023 to 01/25/2024
**Chapter 13 Case No. 23-11162 / MBK**

Ian P. Duffield　　　　　　　　　　　　　　　　　　　　　　　Petition Filed Date: 02/13/2023
Rosario Duffield　　　　　　　　　　　　　　　　　　　　　　　341 Hearing Date: 03/16/2023
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Confirmation Date: 07/26/2023

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 03/02/2023 | $1,640.00 | 90300430 | 04/04/2023 | $1,640.00 | 90931280 | 05/03/2023 | $1,640.00 | 91467600 |
| 06/05/2023 | $1,640.00 | 92055470 | 07/06/2023 | $1,640.00 | 92591430 | 08/04/2023 | $1,640.00 | 93117870 |
| 09/08/2023 | $1,640.00 | 93698530 | 10/05/2023 | $1,640.00 | 94173330 | 11/17/2023 | $1,640.00 | 94857050 |
| 12/11/2023 | $1,640.00 | 95241040 | 01/19/2024 | $1,640.00 | 95904810 | | | |

**Total Receipts for the Period: $18,040.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $18,040.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Ian P. Duffield | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Robert Cameron Legg, Esq. <br>»» ATTY DISCLOSURE | Attorney Fees | $3,730.00 | $3,730.00 | $0.00 |
| 1 | INTERNAL REVENUE SERVICE <br>»» 2019-2022 TAX PERIODS | Priority Creditors | $8,015.05 | $0.00 | $8,015.05 |
| 2 | QUANTUM3 GROUP LLC AS AGENT FOR <br>»» SYNCHRONY BANK | Unsecured Creditors | $3,104.10 | $0.00 | $3,104.10 |
| 3 | JPMORGAN CHASE BANK, NA | Unsecured Creditors | $4,958.50 | $0.00 | $4,958.50 |
| 4 | MIDFIRST BANK <br>»» P/3257 WINDSOR AVE/1ST MTG/HOME POINT | Mortgage Arrears | $60,560.03 | $9,931.20 | $50,628.83 |
| 5 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $1,979.57 | $0.00 | $1,979.57 |
| 6 | ALLY BANK | Unsecured Creditors | $2,035.16 | $0.00 | $2,035.16 |
| 7 | MIDLAND CREDIT MANAGEMENT, INC <br>»» CREDIT ONE BANK,NA | Unsecured Creditors | $596.08 | $0.00 | $596.08 |
| 8 | PORTFOLIO RECOVERY ASSOCIATES <br>»» SYNCRONY BANK | Unsecured Creditors | $10,222.29 | $0.00 | $10,222.29 |
| 9 | NEW JERSEY TURNPIKE AUTHORITY <br>»» UNPAID TOLLS & ADM CLAIMS | Unsecured Creditors | $18,122.40 | $0.00 | $18,122.40 |
| 10 | LVNV FUNDING LLC <br>»» RESURGENT ACQUISITIONS LLC | Unsecured Creditors | $432.34 | $0.00 | $432.34 |
| 11 | NJ DIVISION OF TAXATION <br>»» 2019-2021 | Priority Creditors | $4,550.11 | $0.00 | $4,550.11 |
| 12 | NJ DIVISION OF TAXATION <br>»» 2017-2018 | Unsecured Creditors | $1,092.18 | $0.00 | $1,092.18 |
| 13 | QUANTUM3 GROUP LLC AS AGENT FOR <br>»» ULTAMATE REWARDS | Unsecured Creditors | $511.77 | $0.00 | $511.77 |

**Chapter 13 Case No. 23-11162 / MBK**

| 14 | QUANTUM3 GROUP LLC AS AGENT<br>»»  LOFT MASTERCARD | Unsecured Creditors | $467.99 | $0.00 | $467.99 |
|---|---|---|---|---|---|
| 15 | QUANTUM3 GROUP LLC AS AGENT<br>»»  VICTORIA'S SECRET UPLCC | Unsecured Creditors | $79.95 | $0.00 | $79.95 |
| 16 | Verizon by American InfoSource as Agent | Unsecured Creditors | $167.25 | $0.00 | $167.25 |
| 17 | INTERNAL REVENUE SERVICE<br>»»  PENALTY | Unsecured Creditors | $2,590.84 | $0.00 | $2,590.84 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 1/25/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $18,040.00 | Plan Balance: | $80,360.00 ** |
| Paid to Claims: | $13,661.20 | Current Monthly Payment: | $1,640.00 |
| Paid to Trustee: | $1,371.04 | Arrearages: | $0.00 |
| Funds on Hand: | $3,007.76 | Total Plan Base: | $98,400.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
Visit www.TFSBillPay.com for more information.

View your case information online for *FREE*!  Register today at www.ndc.org or scan this code to get started.



 **This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.