| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Denise Carlon, Esquire<br>KML Law Group, P.C.<br>Sentry Office Plz<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106<br>215-627-1322<br>dcarlon@kmllawgroup.com<br>Attorneys for MidFirst Bank | |
| In Re:<br><br>  Rosario Duffield &<br>  Ian P. Duffield,<br><br>                    Debtors. | Case No.:     23-11162 MBK<br><br>Chapter:      13<br><br>Hearing Date: 04/10/2024<br><br>Judge:        Michael B. Kaplan |

**STATUS CHANGE FORM**

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled   ☐ Withdrawn

Matter: Motion for Relief from Stay re: 3257 Windsor Avenue, Toms River, NJ (Docket # 26)

_____

Date: April 09, 2024                                    /s/Denise Carlon
                                                         Signature

*rev. 8/1/15*