Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 23−11162−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Ian P. Duffield
3257 Windsor Avenue
Toms River, NJ 08753

Rosario Duffield
3257 Windsor Avenue
Toms River, NJ 08753

Social Security No.:
   xxx−xx−0605

   xxx−xx−0659

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 12/11/24 at 09:00 AM

to consider and act upon the following:

36 − Creditor's Certification of Default (related document:32 Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of MIDFIRST BANK. Objection deadline is 11/22/2024. (Attachments: # 1 Exhibit A − Order Curing Post−Petition Arrears # 2 Exhibit B − Certification of Creditor # 3 Proposed Order # 4 Certificate of Service) (Carlon, Denise)

Dated: 11/19/24

Jeanne Naughton
Clerk, U.S. Bankruptcy Court