| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2024 to 12/31/2024
### Chapter 13 Case No. 23-11162 / MBK

Ian P. Duffield
Rosario Duffield

Petition Filed Date: 02/13/2023
341 Hearing Date: 03/16/2023
Confirmation Date: 07/26/2023

Case Status: Open / Confirmed

## RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/19/2024 | $1,640.00 | 95904810 | 03/04/2024 | $1,640.00 | 96638490 | 04/12/2024 | $1,640.00 | 97072020 |
| 05/01/2024 | $1,640.00 | 97605900 | 06/17/2024 | $1,650.00 | 98378330 | 07/10/2024 | $1,650.00 | 98753680 |
| 08/09/2024 | $1,650.00 | 99205100 | 09/05/2024 | $1,650.00 | 99644830 | 10/10/2024 | $1,650.00 | 10020228 |
| 11/21/2024 | $1,650.00 | 10082705 | 12/26/2024 | $1,700.00 | 10133525 | | | |

**Total Receipts for the Period: $18,160.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $34,560.00**

## DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Ian P. Duffield | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Robert Cameron Legg, Esq. <br> »» ATTY DISCLOSURE | Attorney Fees | $3,730.00 | $3,730.00 | $0.00 |
| 1 | INTERNAL REVENUE SERVICE <br> »» 2019-2022 TAX PERIODS | Priority Creditors | $8,015.05 | $0.00 | $8,015.05 |
| 2 | QUANTUM3 GROUP LLC AS AGENT FOR <br> »» SYNCHRONY BANK | Unsecured Creditors | $3,104.10 | $0.00 | $3,104.10 |
| 3 | JPMORGAN CHASE BANK, NA | Unsecured Creditors | $4,958.50 | $0.00 | $4,958.50 |
| 4 | MIDFIRST BANK <br> »» P/3257 WINDSOR AVE/1ST MTG/HOME POINT | Mortgage Arrears | $60,560.03 | $25,748.74 | $34,811.29 |
| 5 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $1,979.57 | $0.00 | $1,979.57 |
| 6 | RESURGENT RECEIVABLES, LLC <br> »» ALLY | Unsecured Creditors | $2,035.16 | $0.00 | $2,035.16 |
| 7 | MIDLAND CREDIT MANAGEMENT, INC <br> »» CREDIT ONE BANK,NA | Unsecured Creditors | $596.08 | $0.00 | $596.08 |
| 8 | PORTFOLIO RECOVERY ASSOCIATES <br> »» SYNCRONY BANK | Unsecured Creditors | $10,222.29 | $0.00 | $10,222.29 |
| 9 | NEW JERSEY TURNPIKE AUTHORITY <br> »» UNPAID TOLLS & ADM CLAIMS | Unsecured Creditors | $18,122.40 | $0.00 | $18,122.40 |
| 10 | LVNV FUNDING LLC <br> »» RESURGENT ACQUISITIONS LLC | Unsecured Creditors | $432.34 | $0.00 | $432.34 |
| 11 | NJ DIVISION OF TAXATION <br> »» 2019-2021 | Priority Creditors | $4,550.11 | $0.00 | $4,550.11 |
| 12 | NJ DIVISION OF TAXATION <br> »» 2017-2018 | Unsecured Creditors | $1,092.18 | $0.00 | $1,092.18 |

**Chapter 13 Case No. 23-11162 / MBK**

| | | | | | |
|---|---|---|---|---|---|
| 13 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» ULTAMATE REWARDS | Unsecured Creditors | $511.77 | $0.00 | $511.77 |
| 14 | QUANTUM3 GROUP LLC AS AGENT<br>»» LOFT MASTERCARD | Unsecured Creditors | $467.99 | $0.00 | $467.99 |
| 15 | QUANTUM3 GROUP LLC AS AGENT<br>»» VICTORIA'S SECRET UPLCC | Unsecured Creditors | $79.95 | $0.00 | $79.95 |
| 16 | Verizon by American InfoSource as Agent | Unsecured Creditors | $167.25 | $0.00 | $167.25 |
| 17 | INTERNAL REVENUE SERVICE<br>»» PENALTY | Unsecured Creditors | $2,590.84 | $0.00 | $2,590.84 |
| 0 | Robert Cameron Legg, Esq.<br>»» ORDER 5/2/24 | Attorney Fees | $400.00 | $400.00 | $0.00 |
| 18 | MIDFIRST BANK<br>»» 3257 WINDSOR AVE/ATTY FEES 5/9/24 | Mortgage Arrears | $549.00 | $549.00 | $0.00 |
| 19 | MIDFIRST BANK<br>»» 3257 WINDSOR AVE/ATTY FEES 12/26/24 | Mortgage Arrears | $200.00 | $200.00 | $0.00 |
| 0 | Robert Cameron Legg, Esq.<br>»» ORDER 1/14/25 | Attorney Fees | $400.00 | $0.00 | $400.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 1/23/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $34,560.00 | Plan Balance: | $65,560.00  ** |
| Paid to Claims: | $30,627.74 | Current Monthly Payment: | $1,650.00 |
| Paid to Trustee: | $2,376.76 | Arrearages: | $3,240.00 |
| Funds on Hand: | $1,555.50 | Total Plan Base: | $100,120.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
**Visit www.TFSBillPay.com for more  information.**

**View your case information online for *FREE*!  Register today at www.ndc.org or**
**scan this code to get started.**



**This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.