UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re: | Case No.: _____23-11162_____ |
| Ian P. Duffield | Chapter: _____13_____ |
| Rosario Duffield | Judge: _____MBK_____ |

---

### NOTICE OF PROPOSED COMPROMISE or SETTLEMENT OF CONTROVERSY

---

_____Ian P. Duffield_____, _____Rosario Duffield_____, in this case proposes a compromise, or to settle a claim and/or action as described below. If you object to the settlement or compromise, you must file a written objection with the Clerk of the United States Bankruptcy Court, and serve it on the person named below not later 7 days before the hearing date.

Address of the Clerk:   Clarkson S. Fisher US Courthouse
402 East State Street
Trenton, NJ 08608
Phone (609) 858-9333

If an objection is filed, a hearing will be held before the Honorable _____Michael B. Kaplan_____ on _____June 4, 2025_____ at _9am_ a.m. at the United States Bankruptcy Court, courtroom no. _8_, _____402 East State Street, Trenton, N.J. 08608_____ (hearing to be scheduled for at least 28 days from the date of the filing of the notice). If no objection is filed the clerk will enter a *Certification of No Objection* and the settlement may be completed as proposed.

Nature of action:   Property dispute with Northcrest, LLC (See Exhibit A)

Pertinent terms of settlement:   Settlement totaling: $6,000.00 for transfer partial interest in property; Attorney Fees: $1,500.00
(See Exhibit A)

Objections must be served on, and requests for additional information directed to:

Name:   R. Cameron Legg, Esq.

Address:   2240 Highway 33, Suite 112, Neptune, NJ 07753

Telephone No.:  732-988-1500

*rev.8/1/15*

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                          Case No. 23-11162-MBK

Ian P. Duffield                                                                                             Chapter 13

Rosario Duffield

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3                                    User: admin                                                    Page 1 of 3

Date Rcvd: May 08, 2025                          Form ID: pdf905                                          Total Noticed: 39

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 10, 2025:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db/jdb | + | Ian P. Duffield, Rosario Duffield, 3257 Windsor Avenue, Toms River, NJ 08753-4869 |
| 519835901 | + | Gem Recovery Systems, 1001 McBride Avenue, Little Falls, NJ 07424-2534 |
| 519835912 | + | State of New Jersey, Division of Taxation, PO Box 245, Trenton, NJ 08602-0245 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 08 2025 20:50:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 08 2025 20:50:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519835893 | | Email/Text: collectors@arresourcesinc.com | May 08 2025 20:49:00 | AR Resources, Inc., Attn: Bankruptcy, PO Box 1056, Blue Bell, PA 19422 |
| 519865485 | | Email/PDF: MerrickBKNotifications@Resurgent.com | May 08 2025 20:58:26 | Ally Bank, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 519835894 | + | Email/Text: caineweiner@ebn.phinsolutions.com | May 08 2025 20:49:11 | Caine & Weiner, Attn: Bankruptcy, 5805 Sepulveda Blvd, Van Nuys, CA 91411-2546 |
| 519835895 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 08 2025 20:58:27 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 519863823 | + | Email/PDF: ebn_ais@aisinfo.com | May 08 2025 21:09:35 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519835896 | + | Email/PDF: ais.chase.ebn@aisinfo.com | May 08 2025 21:09:54 | Chase Card Services, Attn: Bankruptcy, PO Box 15298, Wilmington, DE 19850-5298 |
| 519835897 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 08 2025 20:50:00 | Comenity Bank/Ann Taylor Loft, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 519835898 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 08 2025 20:50:00 | Comenity Bank/Ulta, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 519835899 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 08 2025 20:50:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 519835900 | ^ | MEBN | May 08 2025 20:48:01 | Credit Corp Soultions, c/o Tromberg, Morris & Poulin, PLLC, 39 Broadway, Suite 1250, New York, NY 10006-3089 |
| 519835902 | | Email/Text: sbse.cio.bnc.mail@irs.gov | May 08 2025 20:49:00 | Internal Service Revenue, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519853038 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | | |

District/off: 0312-3                          User: admin                                Page 2 of 3
Date Rcvd: May 08, 2025                       Form ID: pdf905                          Total Noticed: 39

| | | |
|---|---|---|
| | May 08 2025 20:49:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 519885176    Email/PDF: resurgentbknotifications@resurgent.com | May 08 2025 20:58:47 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519835907    Email/Text: EBN@Mohela.com | May 08 2025 20:49:00 | MOHELA, 633 Spirit Drive, Chesterfield, MO 63005 |
| 519835906    Email/Text: EBN@Mohela.com | May 08 2025 20:49:00 | MOHELA, Attn: Bankruptcy, 633 Spirit Drive, Chesterfield, MO 63005 |
| 519858011  + Email/PDF: ais.midfirst.ebn@aisinfo.com | May 08 2025 20:58:42 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 519870074  + Email/Text: bankruptcydpt@mcmcg.com | May 08 2025 20:50:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 519835904  + Email/PDF: ais.midfirst.ebn@aisinfo.com | May 08 2025 21:09:55 | Midland Mortgage Co, Pob 268959, Oklahoma City, OK 73126-8959 |
| 519835905  ^ MEBN | May 08 2025 20:48:04 | Midland Mortgage Co, c/o KML Law Group, PC, 701 Market Street, Suite 50000, Philadelphia, PA 19106-1538 |
| 519835903  + Email/PDF: ais.midfirst.ebn@aisinfo.com | May 08 2025 20:58:41 | Midland Mortgage Co, Attn: Customer Service/Bankruptcy, Po Box 26648, Oklahoma City, OK 73126-0648 |
| 519880447    Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | May 08 2025 20:49:00 | New Jersey Turnpike Authority, 1 Turnpike Plaza, P.O. Box 5042, Woodbridge, NJ 07095 |
| 519835908  + Email/PDF: MerrickBKNotifications@Resurgent.com | May 08 2025 21:09:37 | Ollo/Ally, PO Box 9222, Old Bethpage, NY 11804-9222 |
| 519835910    Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 08 2025 21:22:11 | Portfolio Recovery Associates, LLC, 120 Corporate Blvd Ste 100, Norfolk, VA 23502 |
| 519835909    Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 08 2025 20:58:30 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 519880278    Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 08 2025 21:10:14 | Portfolio Recovery Associates, LLC, c/o SYNCHRONY BANK, POB 41067, Norfolk, VA 23541 |
| 519890384    Email/Text: bnc-quantum@quantum3group.com | May 08 2025 20:50:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 519847205    Email/Text: bnc-quantum@quantum3group.com | May 08 2025 20:50:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 519890383    Email/Text: bnc-quantum@quantum3group.com | May 08 2025 20:50:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 520420885  + Email/PDF: resurgentbknotifications@resurgent.com | May 08 2025 21:09:35 | Resurgent Receivables LLC, PO Box 10587, Greenville, SC 29603, Resurgent Receivables LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 520420884  + Email/PDF: resurgentbknotifications@resurgent.com | May 08 2025 20:59:07 | Resurgent Receivables LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 519836580  ^ MEBN | May 08 2025 20:49:07 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519835913  + Email/PDF: ais.sync.ebn@aisinfo.com | May 08 2025 20:58:40 | Synchrony Bank/Old Navy, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 519835914  + Email/PDF: ais.sync.ebn@aisinfo.com | May 08 2025 21:22:14 | Synchrony Bank/TJ Max, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 519890834  + Email/PDF: ebn_ais@aisinfo.com | May 08 2025 21:09:52 | Verizon, by American InfoSource as agent, 4515 |

District/off: 0312-3                            User: admin                                    Page 3 of 3
Date Rcvd: May 08, 2025                         Form ID: pdf905                                 Total Noticed: 39

N Santa Fe Ave, Oklahoma City, OK 73118-7901

TOTAL: 36

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

**Recip ID       Bypass Reason   Name and Address**
519835911                        Sallie Mae, Inc., Attn: Bankruptcy, PO Box 9500, PA 18770

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 10, 2025                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 7, 2025 at the address(es) listed below:

**Name**                          **Email Address**

Albert Russo
                                  on behalf of Trustee Albert Russo docs@russotrustee.com

Albert Russo
                                  docs@russotrustee.com

Denise E. Carlon
                                  on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Robert Cameron Legg
                                  on behalf of Joint Debtor Rosario Duffield courtdocs@oliverandlegg.com;legg.r.c.r59915@notify.bestcase.com

Robert Cameron Legg
                                  on behalf of Debtor Ian P. Duffield courtdocs@oliverandlegg.com;legg.r.c.r59915@notify.bestcase.com

U.S. Trustee
                                  USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6