| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>District of New Jersey<br><br>Albert Russo<br>Standing Chapter 13 Trustee<br>PO Box 4853<br>Trenton, NJ   08650<br>(609) 587-6888 | **Order Filed on May 20, 2025<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In re:<br><br>Ian P. Duffield<br>Rosario Duffield<br><br><br><br>Debtor(s) | Case No.: 23-11162 / MBK<br><br>Hearing Date: 05/14/2025<br><br>Judge: Michael B. Kaplan<br><br>Chapter:  13 |

## ORDER REGARDING CHAPTER 13 STANDING
## TRUSTEE'S MOTION TO DISMISS OR
## CERTIFICATION OF DEFAULT

The relief set forth on the following page is **ORDERED**.

**DATED: May 20, 2025**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

This matter having come before the Court on the Standing Trustee's Motion to Dismiss or an objection to the Trustee's Certification of Default, and good cause having been shown, it is

**ORDERED** that case is allowed to continue under Chapter 13 upon the following terms and conditions:

- $37,960.00 paid to date

- Debtor(s) shall remit $1,832.00 per month to the Trustee for 33 months beginning 06/01/2025

- If the Debtor(s) fail to make regular plan payments to the Trustee for a period of more than 30 consecutive days, upon the Certification of the Trustee of such non-payments, with Notice of the Certification to the Debtor(s) and the Debtor(s) attorney, if any, the within case shall be dismissed.