| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>R. Cameron Legg, Esq.<br>OLIVER & LEGG, LLC<br>2240 Highway 33, Suite 112<br>Neptune, New Jersey 07753<br>732-988-1500<br>Attorney for Debtors<br>courtdocs@oliverandlegg.com | Order Filed on June 12, 2025<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Ian & Rosario Duffield<br><br>     Debtors | Case No.: 23-11162<br><br>Chapter: 13<br><br>Hearing Date: June 4, 2025<br><br>Judge: MBK |

## ORDER APPROVING PROPOSED SETTLEMENT

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: June 12, 2025**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

THIS MATTER having been opened to the Court by R. Cameron Legg, Esq. on behalf of Ian and Rosario Duffield, Debtors, by the filing of a Notice of Proposed Compromise or Settlement of Controversy (ECF Dkt. No. 56), due and proper notice having been given, and the Court having considered the moving papers and any opposition thereto, with good and sufficient cause existing for the granting of the relief as set forth herein,

**IT IS HEREBY ORDERED AS FOLLOWS:**

1. The proposed settlement is hereby APPROVED in full effect.

2. The property dispute with Northcrest, LLC, may be resolved consistent with the terms of the settlement agreement annexed as an exhibit to the Notice.

3. Upon final execution of the settlement documents between the Debtors and Northcrest, LLC, Oliver & Legg may release $6,000 in its escrow account directly to the Debtors, which were previously received from Northcrest, LLC, pending this approval.

4. Upon releasing $6,000 to the Debtors consistent with paragraph 3 of this Order, Oliver & Legg may release $1,500 from its escrow account, previously received from Northcrest, LLC, pending this approval, for payment in full of its legal fees associated with this matter.