| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>R. Cameron Legg, Esq.<br>OLIVER & LEGG, LLC<br>2240 Highway 33, Suite 112<br>Neptune, New Jersey 07753<br>732-988-1500<br>Attorney for Debtors<br>courtdocs@oliverandlegg.com | Order Filed on June 12, 2025<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Ian & Rosario Duffield<br><br>    Debtors | Case No.: 23-11162<br><br>Chapter: 13<br><br>Hearing Date: June 4, 2025<br><br>Judge: MBK |

## ORDER APPROVING PROPOSED SETTLEMENT

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: June 12, 2025**

*/s/ Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

THIS MATTER having been opened to the Court by R. Cameron Legg, Esq. on behalf of Ian and Rosario Duffield, Debtors, by the filing of a Notice of Proposed Compromise or Settlement of Controversy (ECF Dkt. No. 56), due and proper notice having been given, and the Court having considered the moving papers and any opposition thereto, with good and sufficient cause existing for the granting of the relief as set forth herein,

**IT IS HEREBY ORDERED AS FOLLOWS:**

1. The proposed settlement is hereby APPROVED in full effect.

2. The property dispute with Northcrest, LLC, may be resolved consistent with the terms of the settlement agreement annexed as an exhibit to the Notice.

3. Upon final execution of the settlement documents between the Debtors and Northcrest, LLC, Oliver & Legg may release $6,000 in its escrow account directly to the Debtors, which were previously received from Northcrest, LLC, pending this approval.

4. Upon releasing $6,000 to the Debtors consistent with paragraph 3 of this Order, Oliver & Legg may release $1,500 from its escrow account, previously received from Northcrest, LLC, pending this approval, for payment in full of its legal fees associated with this matter.

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 23-11162-MBK
Ian P. Duffield  Chapter 13
Rosario Duffield
    Debtors

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 2
Date Rcvd: Jun 12, 2025     Form ID: pdf903     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 14, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Ian P. Duffield, Rosario Duffield, 3257 Windsor Avenue, Toms River, NJ 08753-4869 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 14, 2025      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 12, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Robert Cameron Legg | on behalf of Joint Debtor Rosario Duffield courtdocs@oliverandlegg.com;legg.r.c.r59915@notify.bestcase.com |
| Robert Cameron Legg | on behalf of Debtor Ian P. Duffield courtdocs@oliverandlegg.com;legg.r.c.r59915@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

District/off: 0312-3                                   User: admin                                          Page 2 of 2
Date Rcvd: Jun 12, 2025                          Form ID: pdf903                                    Total Noticed: 1
TOTAL: 6