UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1**

R. Cameron Legg, Esq.
OLIVER & LEGG, LLC
2240 Highway 33, Suite 112
Neptune, New Jersey 07753
732-988-1500
Attorneys for Debtor
courtdocs@oliverandlegg.com

In Re:

Ian P. Duffield
Rosario Duffield

                    Debtors

Order Filed on June 16, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:  23-11162

Chapter: 13

Judge:   MBK

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED.**

**DATED: June 16, 2025**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

**ORDERED** that R. Cameron Legg and the Law Offices of Oliver & Legg, LLC, applicants, are allowed a fee of $800.00 for services rendered.  The allowance is payable through the Chapter 13 Plan as an administrative priority.

The Debtor's monthly plan is modified to require a payment of $1,860.00 per month, beginning July 1, 2025, for the remaining thirty-two (32) months to allow for payment of the above fee.