Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.: 23−11162−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| Ian P. Duffield | Rosario Duffield |
| 3257 Windsor Avenue | 3257 Windsor Avenue |
| Toms River, NJ 08753 | Toms River, NJ 08753 |

Social Security No.:
  xxx−xx−0605                                    xxx−xx−0659

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 8/27/25 at 09:00 AM

to consider and act upon the following:

*66* − Creditor's Certification of Default (related document:54 Order (Generic)) filed by Matthew K. Fissel on behalf of MIDFIRST BANK. Objection deadline is 07/24/2025. (Attachments: # 1 Exhibit A − Order Curing Post−Petition Arrears # 2 Exhibit B − Certification of Creditor # 3 Proposed Order # 4 Certificate of Service) (Fissel, Matthew)

Dated: 7/22/25

                                              Jeanne Naughton
                                              Clerk, U.S. Bankruptcy Court