Office Mailing Address:

Albert Russo, Trustee
Standing Chapter 13 Trustee
PO Box 4853
Trenton, NJ  08650-4853

Send Payments **ONLY** to:

Albert Russo, Trustee
PO Box 933
Memphis, TN  38101-0933

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2025 to 02/19/2026
**Chapter 13 Case No. 23-11162 / MBK**

Ian P. Duffield
Rosario Duffield

Petition Filed Date: 02/13/2023
341 Hearing Date: 03/16/2023
Confirmation Date: 07/26/2023

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 02/06/2025 | $700.00 | 10192793 | 02/26/2025 | $1,000.00 | | 04/04/2025 | $850.00 | |
| 04/29/2025 | $850.00 | | 06/27/2025 | $1,900.00 | | 08/06/2025 | $1,900.00 | |
| 09/04/2025 | $1,900.00 | | 09/25/2025 | $1,900.00 | | 10/29/2025 | $2,000.00 | |
| 12/08/2025 | $1,900.00 | | 01/08/2026 | $1,900.00 | | | | |

**Total Receipts for the Period: $16,800.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $51,360.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Ian P. Duffield | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Robert Cameron Legg, Esq.<br>»» ATTY DISCLOSURE | Attorney Fees | $3,730.00 | $3,730.00 | $0.00 |
| 1 | INTERNAL REVENUE SERVICE<br>»» 2019-2022 TAX PERIODS | Priority Crediors | $8,015.05 | $0.00 | $8,015.05 |
| 2 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» SYNCHRONY BANK | Unsecured Creditors | $3,104.10 | $0.00 | $3,104.10 |
| 3 | JPMORGAN CHASE BANK, NA | Unsecured Creditors | $4,958.50 | $0.00 | $4,958.50 |
| 4 | MIDFIRST BANK<br>»» P/3257 WINDSOR AVE/1ST MTG/HOME POINT | Mortgage Arrears | $60,560.03 | $39,580.64 | $20,979.39 |
| 5 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $1,979.57 | $0.00 | $1,979.57 |
| 6 | RESURGENT RECEIVABLES, LLC<br>»» ALLY | Unsecured Creditors | $2,035.16 | $0.00 | $2,035.16 |
| 7 | MIDLAND CREDIT MANAGEMENT, INC<br>»» CREDIT ONE BANK,NA | Unsecured Creditors | $596.08 | $0.00 | $596.08 |
| 8 | PORTFOLIO RECOVERY ASSOCIATES<br>»» SYNCRONY BANK | Unsecured Creditors | $10,222.29 | $0.00 | $10,222.29 |
| 9 | NEW JERSEY TURNPIKE AUTHORITY<br>»» UNPAID TOLLS & ADM CLAIMS | Unsecured Creditors | $18,122.40 | $0.00 | $18,122.40 |
| 10 | LVNV FUNDING LLC<br>»» RESURGENT ACQUISITIONS LLC | Unsecured Creditors | $432.34 | $0.00 | $432.34 |
| 11 | NJ DIVISION OF TAXATION<br>»» 2019-2021 | Priority Crediors | $4,550.11 | $0.00 | $4,550.11 |
| 12 | NJ DIVISION OF TAXATION<br>»» 2017-2018 | Unsecured Creditors | $1,092.18 | $0.00 | $1,092.18 |

**Chapter 13 Case No. 23-11162 / MBK**

| | | | | | |
|---|---|---|---|---|---|
| 13 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» ULTAMATE REWARDS | Unsecured Creditors | $511.77 | $0.00 | $511.77 |
| 14 | QUANTUM3 GROUP LLC AS AGENT<br>»» LOFT MASTERCARD | Unsecured Creditors | $467.99 | $0.00 | $467.99 |
| 15 | QUANTUM3 GROUP LLC AS AGENT<br>»» VICTORIA'S SECRET UPLCC | Unsecured Creditors | $79.95 | $0.00 | $79.95 |
| 16 | Verizon by American InfoSource as Agent | Unsecured Creditors | $167.25 | $0.00 | $167.25 |
| 17 | INTERNAL REVENUE SERVICE<br>»» PENALTY | Unsecured Creditors | $2,590.84 | $0.00 | $2,590.84 |
| 0 | Robert Cameron Legg, Esq.<br>»» ORDER 5/2/24 | Attorney Fees | $400.00 | $400.00 | $0.00 |
| 18 | MIDFIRST BANK<br>»» 3257 WINDSOR AVE/ATTY FEES 5/9/24 | Mortgage Arrears | $549.00 | $549.00 | $0.00 |
| 19 | MIDFIRST BANK<br>»» 3257 WINDSOR AVE/ATTY FEES 12/26/24 | Mortgage Arrears | $200.00 | $200.00 | $0.00 |
| 0 | Robert Cameron Legg, Esq.<br>»» ORDER 1/14/25 | Attorney Fees | $400.00 | $400.00 | $0.00 |
| 20 | MIDFIRST BANK<br>»» 3257 WINDSOR AVENUE/ATTY FEES 4/23/25 | Mortgage Arrears | $200.00 | $200.00 | $0.00 |
| 0 | Robert Cameron Legg, Esq.<br>»» ORDER 6/16/25 | Attorney Fees | $800.00 | $800.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 2/19/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $51,360.00 | Plan Balance: | $47,929.00 ** |
| Paid to Claims: | $45,859.64 | Current Monthly Payment: | $1,860.00 |
| Paid to Trustee: | $3,740.96 | Arrearages: | $3,312.00 |
| Funds on Hand: | $1,759.40 | Total Plan Base: | $99,289.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
**Visit www.TFSBillPay.com for more  information.**

**View your case information online for *FREE*!  Register today at www.ndc.org or**
**scan this code to get started.**



 **\*\*This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.**