Order Filed on October 2, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1**

R. Cameron Legg
OLIVER & LEGG, LLC
2240 Highway 33, Suite 112
Neptune, New Jersey 07753
732-988-1500
Attorney for Debtor(s)
courtdocs@oliverandlegg.com

In Re:

Ian P. Duffield
Rosario Duffield

Debtors

Case No.: 23-11162

Chapter: 13

Hearing: June 17, 2026 @ 9am

Judge: MBK

**ORDER ON MOTION TO DETERMINE APPLICABILITY OF FEES**

The relief set forth on the following page, numbered two (2), is hereby **ORDERED.**

**DATED: October 2, 2026**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

This matter having been opened to the Court by R. Cameron Legg, attorney for the Debtors, on a Motion to Determine Post-Petition Mortgage Fees, Expenses and Charges filed by MidFirst Bank (hereinafter "Creditor"), and the Court having considered the pleadings in this matter, the argument of counsel, for good cause shown, it is hereby,

**ORDERED** that the Debtors' Motion is resolved by the terms herein; and further,

**ORDERED** that the Creditor shall withdraw each Notice of Post Petition Mortgage Fees, Expenses and Charges, filed on December 16, 2025, and May 13, 2026, upon the return of the Property Registration fees paid by Creditor, from Toms River Township.

**ORDERED** that once the Notices of Post-Petition Mortgage Fees, Expenses and Charges filed on December 16, 2025 and May 13, 2026 are withdrawn, Creditor shall not seek to recover any of the fees and/or charges itemized therein from the Debtor in the future.

**ORDERED** that the Creditor shall not be required to pay the Toms River Township Property Registration fee while the Automatic Stay is in effect. If Toms River Township seeks collection of such fee while the Automatic Stay is in effect, the Creditor shall notify the Debtor and the Debtor's counsel promptly to provide an opportunity to object to the collection of such fees prior to payment.

**ORDERED** that Creditor, shall update their records accordingly.