UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1**

R. Cameron Legg
OLIVER & LEGG, LLC
2240 Highway 33, Suite 112
Neptune, New Jersey 07753
732-988-1500
Attorney for Debtor(s)
courtdocs@oliverandlegg.com

**Order Filed on October 2, 2026**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

In Re:

Ian P. Duffield
Rosario Duffield

Debtors

Case No.: 23-11162

Chapter: 13

Hearing: June 17, 2026 @ 9am

Judge: MBK

**ORDER ON MOTION TO DETERMINE APPLICABILITY OF FEES**

The relief set forth on the following page, numbered two (2), is hereby **ORDERED.**

**DATED: October 2, 2026**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

This matter having been opened to the Court by R. Cameron Legg, attorney for the Debtors, on a Motion to Determine Post-Petition Mortgage Fees, Expenses and Charges filed by MidFirst Bank (hereinafter "Creditor"), and the Court having considered the pleadings in this matter, the argument of counsel, for good cause shown, it is hereby,

**ORDERED** that the Debtors' Motion is resolved by the terms herein; and further,

**ORDERED** that the Creditor shall withdraw each Notice of Post Petition Mortgage Fees, Expenses and Charges, filed on December 16, 2025, and May 13, 2026, upon the return of the Property Registration fees paid by Creditor, from Toms River Township.

**ORDERED** that once the Notices of Post-Petition Mortgage Fees, Expenses and Charges filed on December 16, 2025 and May 13, 2026 are withdrawn, Creditor shall not seek to recover any of the fees and/or charges itemized therein from the Debtor in the future.

**ORDERED** that the Creditor shall not be required to pay the Toms River Township Property Registration fee while the Automatic Stay is in effect. If Toms River Township seeks collection of such fee while the Automatic Stay is in effect, the Creditor shall notify the Debtor and the Debtor's counsel promptly to provide an opportunity to object to the collection of such fees prior to payment.

**ORDERED** that Creditor, shall update their records accordingly.

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 23-11162-MBK |
| Ian P. Duffield | Chapter 13 |
| Rosario Duffield | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Oct 02, 2026 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 04, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Ian P. Duffield, Rosario Duffield, 3257 Windsor Avenue, Toms River, NJ 08753-4869 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 04, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 2, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Matthew K. Fissel | on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com |
| Robert Cameron Legg | on behalf of Debtor Ian P. Duffield courtdocs@oliverandlegg.com;legg.r.c.r59915@notify.bestcase.com |
| Robert Cameron Legg | on behalf of Joint Debtor Rosario Duffield courtdocs@oliverandlegg.com;legg.r.c.r59915@notify.bestcase.com |
| U.S. Trustee | |

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6